UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GEURE RODRIGUEZ,                                              25-CV-3776 (JHR) (VF)

                    Plaintiff,                     **ORDER**

           -against-

LULAV PROPERTIES, LLC, et al.,

                  Defendants.

----------------------------------------------------------------x

**VALERIE FIGUEREDO, United States Magistrate Judge:**

This case was referred to the undersigned for general pretrial supervision. ECF No. 24. Plaintiff properly served Defendant Lulav Management Corp. with a complaint and summons on **June 20, 2025**. See ECF No. 11. Lulav Management Corp.'s answer was due on **July 11, 2025**, as set forth in Rule 12(a) of the Federal Rules of Civil Procedure. To date, Lulav Management Corp. "has not appeared in this action or otherwise notified the Court of its position." ECF No. 23 at 2.

Lulav Management Corp. is directed to file its answer by **Monday, April 6, 2026**. Lulav Management Corp. is further advised that failure to file an answer or otherwise appear to defend the claims may result in a default judgment under Rule 55 of the Federal Rules of Civil Procedure. Plaintiff is also directed to serve a copy of this Order on Lulav Management Corp.

Further, Plaintiff and Defendant Kourosh Nasab are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Monday, April 6, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Monday, April 6, 2026**.

**SO ORDERED.**

DATED:    New York, New York
           March 6, 2026

VALERIE FIGUEREDO
United States Magistrate Judge