# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

April 6, 2026

*Via ECF*
Hon. Judge Valerie Figueredo
U.S. Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Rodriguez v. Lulav Properties, LLC, et al (25-CV-3776) (JHR)*

Dear Honorable Judge Figueredo:

This office is co-counsel in our representation Defendant Lulav Properties, LLC, and Koroush Nasab in the above-referenced action.[1] Counsel for Plaintiff and Defendant Nasab met and conferred, in accordance with the court's order dated March 6, 2026. The parties discussed several matters relating to the case, including potential resolution. In light of the parties' meet-and-confer session and subsequent discussion, we respectfully request that the deadline to submit a case management plan be extended from its current deadline of today, until April 17, 2026. This is the parties' first request for an extension of the deadline. If granted, no future deadlines would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

Joshua Beldner

*CC VIA ECF*
Counsel for all parties

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: 4/13/2026**

The requested extension is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26.

---

[1] On July 23, 2025, Defendant Lulav Properties, LLC filed for bankruptcy. (Dkt # 13) The court subsequently entered a stay of proceedings as against Lulav Properties, LLC, pending outcome of the bankruptcy proceeding. (Dkt #14.)