# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 14, 2026**

The request for a stay is GRANTED. The mediation referral will be issued via separate order. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.

April 13, 2026

*Via ECF*
Hon. Judge Valerie Figueredo
U.S. Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Rodriguez v. Lulav Properties, LLC, et al (25-CV-3776)*

Dear Honorable Judge Figueredo:

This office is co-counsel in our representation Defendant Lulav Properties, LLC, and Koroush Nasab in the above-referenced action.[1] I write on behalf of Plaintiff and Defendant Nasab. Counsel for Plaintiff and Defendant Nasab met and conferred, in accordance with the court's order dated March 6, 2026. After consulting with our clients, the parties would like to explore a potential resolution to this matter. Accordingly, we respectfully request that the court refer the case to mediation through the Southern District mediation program. The parties also request that discovery be stayed for a period of 90 days, while we attempt explore potential settlement. This is the parties' first request that the case be sent to mediation, and the first request that discovery be stayed. If the request is granted, no future deadlines would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

Joshua Beldner

*CC VIA ECF*
Counsel for all parties

---

[1] On July 23, 2025, Defendant Lulav Properties, LLC filed for bankruptcy. (Dkt # 13) The court subsequently entered a stay of proceedings as against Lulav Properties, LLC, pending outcome of the bankruptcy proceeding. (Dkt #14.)